**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-98T** **DATE: September 19, 2005**

**TITLE: USA v. RICHARD HATCH**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Andy Reich, AUSA
Lee Vilker, AUSA
John MacDonald, Esq.
Michael Minns, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Arraignment and Bail Hearing:

Court reads rights and charges.
Deft understands rights and charges.
Motions for pro hac vice pending
Deft enters not guilty plea to indictment.
Arraignment order entered.
Attys argue bail.
Deft released on $50,000 Secured bond to be posted by 9/26/05 and conditions of release
Deft understands conditions
Court informs Deft of penalties
Deft understands penalties