AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Richard Hatch

APPEARANCE

CASE NUMBER: CR 05 98T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Richard Hatch

I certify that I am admitted to practice in this court.

9.19.05

*Date*

*Signature*

John MacDonald — 5368

*Print Name* — *Bar Number*

One Turks Head Place, Suite 1440

*Address*

Providence — RI — 02903

*City* — *State* — *Zip Code*

401-421-1440 — 401-421-1442

*Phone Number* — *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.