# United States District Court

## *District of Rhode Island*

RECEIVED
SEP 09 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

UNITED STATES OF AMERICA

v.

RICHARD HATCH

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR05-98T

(Name and Address of Defendant)

PLEASE CONTACT PRETRIAL SERVICES AT 401-752-7300 TO SCHEDULE AN APPOINTMENT PRIOR TO THE HEARING.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>SEPTEMBER 19, 2005 AT 11:00 A.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 26 Section(s) 7201, 7206(1), 18:1343, 1341 and 1344

Brief description of offense:

ATTEMPT TO EVADE INCOME TAX BY FILING A FALSE U.S. INDIVIDUAL INCOME TAX RETURN; FILING A FALSE U.S. INCOME TAX RETURN FOR AN S CORPORATION; WIRE FRAUD; MAIL FRAUD; BANK FRAUD

Signature of Issuing Officer

September 9, 2005
Date

JEANNINE THEALL, DEPUTY CLERK
Name and Title of Issuing Officer

SCANNED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 9-19-05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: ____________________

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ____________________

☐ Returned unexecuted: ____________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 9/19/05
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy ~~United~~ States Marshal

Remarks: Def Atty served upon defendant who appeared in court this date.

FILED
2005 SEP 19 P
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND