BK: 1674 PG: 116

NOTICE OF LIEN

OWNER OF RECORD KRISTIN HATCH

KATHLEEN M. SILVIA
CITY OF NEWPORT
CITY CLERK
09/23/2005 12:27:22PM
Inst# 31864

UNITED STATES OF AMERICA

vs. 1:05CR00098-01T

RICHARD HATCH

TO: CITY CLERK
CITY OF NEWPORT
43 BROADWAY
NEWPORT, RHODE ISLAND 02840

RE: PLAT NO.29 LOT NO. 117
ADDRESS OF PROPERTY:
11 LOWNDES STREET
NEWPORT, RHODE ISLAND 02840

NOTICE IS HEREBY GIVEN OF AN ACTION IN THE ABOVE-ENTITLED CASE INVOLVING TITLE TO THE FOLLOWING DESCRIBE PROPERTY: VALUED IN THE AMOUNT OF $70,000.00; AMOUNT OF LIEN: $50,000.00.

THE DEFENDANT IN THE ABOVE-ENTITLED ACTION HAS BEEN ORDERED BY THIS COURT TO FILE THIS NOTICE OF LIEN ON PLAT NO.29 LOT NO.117. NOTICE OF LIEN IS HEREBY GIVEN.

UNITED STATES CLERK OF COURT

Kathleen M. Silvia
CITY CLERK'S OFFICE
NEWPORT, RHODE ISLAND 02840

ASSENT:

ASSISTANT UNITED STATES ATTORNEY