**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**DEFENDANT'S MOTION TO ENLARGE TIME FOR THE FILING OF PRE-TRIAL MOTIONS**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves to enlarge the time for the filing of pre-trial motions and memorandum by a period of two months, from October 21, 2005 to December 21, 2005. Counsel further moves to exclude this period of time from Speedy Trial Act calculations. As grounds, counsel avers that this additional time is necessary based upon the complexity of the case, the large quantity of discoverable evidence and to ensure effective pre-trial preparation. The Government has been informed of this request and does not object.

Respectfully submitted,
Richard Hatch
By his attorney,

John E. MacDonald, 5368
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 9-30-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.