**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
OCT 21 2005

**UNITED STATES OF AMERICA** :
:
**V.** : **CR. NO. 05-98T**
:
**RICHARD HATCH** :

**DEFENDANT'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves this Honorable Court to continue the pre-trial conference scheduled for October 24, 2005 at 9:30 am before Magistrate Lincoln D. Almond. Counsel for Mr. Hatch seeks a continuance of sixty days to December 19, 2005. As grounds, counsel for Mr. Hatch avers that pre-trial discovery process is still pending and counsel is not ready for a conference in this matter.

10/21/05: GRANTED. PRE-TRIAL CONF. CONTINUED TO 12/6/05 AT 9:30 A.M.
USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 10/21/05

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)