**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**DEFENDANT'S MOTION TO CONTINUE PRE-TRIAL CONFERENCE**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves this Honorable Court to continue the pre-trial conference scheduled for October 24, 2005 at 9:30 am before Magistrate Lincoln D. Almond. Counsel for Mr. Hatch seeks a continuance of sixty days to December 19, 2005. As grounds, counsel for Mr. Hatch avers that pre-trial discovery process is still pending and counsel is not ready for a conference in this matter.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JM
Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 10-21-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.