**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**DEFENDANT'S MOTION TO COMPEL PRODUCTION OF I.R.S. SPECIAL AGENT'S REPORT**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves this Honorable Court for an order compelling the Government to produce a copy of the I.R.S. Special Agent's report in this matter. A memorandum of law in support of this motion is attached hereto.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JM

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 10-21-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF I.R.S. SPECIAL AGENT'S REPORT

### FACTS & TRAVEL

On September 19, 2005, the defendant, Richard Hatch, was arraigned in the above-referenced matter before Magistrate Lincoln D. Almond. A pre-trial discovery order was entered requiring the Government to disclose all information pursuant to Rule 16 of the Federal Rules of Criminal Procedure as well as all evidence of an exculpatory nature in the Government's possession.

To date, the Government has produced over two thousand documents relating to their case. The Government, however, has not and will not produce the Internal Revenue Service Special Agent's report in this matter. This report was prepared by the I.R.S. Special Agent and contains a substantial amount of information including statements of the defendant and Government witnesses. For reasons stated below, counsel for Mr. Hatch requests the production of this document in preparation for trial.

## ARGUMENT

**THE GOVERNMENT SHOULD BE COMPELLED TO DISCLOSE THE SPECIAL AGENT'S REPORT SINCE IT WILL INCLUDE STATEMENTS OF THE DEFENDANT, STATEMENTS OF OTHER WITNESSES, *BRADY* INFORMATION, AND JENCKS MATERIALS.**

A defendant in a criminal case is entitled to all written or recorded statements made by the defendant and that portion of any written record containing the substance of any relevant oral statements made by the defendant. (See Rule 16 (a) (1) (A), Federal Rules of Criminal Procedure). This matter was the subject of a two-year investigation by the Internal Revenue Service. During the course of this investigation, witnesses were summonsed, interviewed and compelled to produce documents. The Special Agent's report will contain statements from Mr. Hatch which require disclosure under Rule 16.

The Special Agent's report will also contain information of an exculpatory nature that is required to be disclosed under Brady vs. Maryland, 373 U.S. 83(1963) and United States vs. Giglio, 405 U.S. 150(1972). For instance, the Special Agent's report will contain the statements of other witnesses in this matter. Some of these witnesses may have been potential targets of investigation or may have exposure to certain criminal offenses. The statements of these witnesses or information related to them may be exculpatory. There may be information regarding a witness' bad acts or misconduct or other impeachment material. Given the exculpatory evidence generally contained in the Special Agent's report, the Government should be required to disclose it. See United States v. Quintanilla, 760 F.Supp. 687, 696 (N.D. Ill. 1991).

Frequently, the records of the Government hold exculpatory information but the Government either does not recognize it as exculpatory or simply does not want to turn it over. In United States v. Buford, 889 F.2d. 1406 (5th Cir. 1989), Buford was a public accountant indicted for criminal tax offenses. To discredit him, a government agent testified that Mr. Buford had not filed his own tax returns. Mr. Buford testified and denied this but a jury convicted him. On appeal, the government was ordered to turn over its internal master file records. The records showed Buford had in fact filed his tax returns. Ultimately, a new trial was ordered and Buford was acquitted.

The Jencks Act provides that the Government must disclose any statement of any witness in the possession of the government, if the statement relates to the witness's testimony and the subject matter as to which the witness has testified. United States v. Sudikoff, 36 F.Supp.2d 1196, 1204 (C.D.Cal. 1999). In United States v. Medel, the Medels were charged with willfully filing false tax returns and requested that the Special Agent's report be disclosed. United States v. Medel, 592 F.2d 1305, 1315 (5th Cir. 1979). An in camera review was held after which the court ordered disclosure of discoverable portions of the report. Id. The court found that a summary of a government's witness's remarks was proper Jencks material if the summary was a verbatim recitation, adopted by the witness, of the witness's remarks. Id at 1316.

There are simply no legitimate reasons for the government not to turn over the Special Agent's report. However, if the Court finds it appropriate not to compel this production then a request for an in camera review of the Special Agent's report is hereby made for a review of the report as to statements of the defendant, statements of other witnesses, Brady information and Jencks materials.

For the foregoing reasons, the defendant, Richard Hatch, respectfully requests that this Honorable Court enter an order compelling the government to produce a copy of the I.R.S. Special Agent's report.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JM

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 10-21-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.