**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

v. CR05-98T

RICHARD HATCH,
Defendant

**ORDER**

Defendants' Motion to Extend Time for the Filing of Pretrial Motions is hereby GRANTED up to and including December 12th, 2005.

By Order:

[signature]
Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 10/27/05