# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

## *NOTICE*

*UNITED STATES OF AMERICA*

*v.* *CR05-98T*

*RICHARD HATCH*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***
Defendant's Motion to Compel Production of I.R.S. Special Agent's Report

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***NOVEMBER 7, 2005***

***TIME:*** ***11:00 A.M.***

***David A. DiMarzio, Clerk of Court***

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: October 31, 2005

**NOTICE SENT TO:** **MINNS, WILLIAMS, MACDONALD, REICH, VILKER**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.