***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

## ***NOTICE RESCHEDULING HEARING***

***USA***

***v.*** ***CR05-98T***

***RICHARD HATCH***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***
Defendant's Motion to Compel Production of I.R.S. Special Agent's Report

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***NOVEMBER 9, 2005***

***TIME:*** ***3:00 P.M.***

***David A. DiMarzio, Clerk of Court***
Jeannine Theall
Jeannine Theall
Deputy Clerk
Date: November 3, 2005

**NOTICE SENT TO:** **VILKER, REICH, MACDONALD, MINNS, WILLIAMS**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.