UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OCT 2? 2005

UNITED STATES OF AMERICA :
:
v. : CR. NO. 05-98T
:
RICHARD HATCH :

11/9/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING.
USMJ

## DEFENDANT'S MOTION TO COMPEL PRODUCTION OF I.R.S. SPECIAL AGENT'S REPORT

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves this Honorable Court for an order compelling the Government to produce a copy of the I.R.S. Special Agent's report in this matter. A memorandum of law in support of this motion is attached hereto.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐ ______________
Ernest C. Torres, Chief Judge
Date: 10/27/05

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM
Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JM
Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)