UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**<u>DEFENDANT'S MOTION TO COMPEL PRODUCTION OF I.R.S. INDIVIDUAL MASTER FILES</u>**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves this Honorable Court for an order compelling the Government to produce a complete and un-redacted copy of the I.R.S. Individual Master Files for Mr. Hatch. A memorandum of law in support of this motion is attached hereto.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JEM
Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams / JEM
Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 11-9-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. NO. 05-98T |
| | : | |
| RICHARD HATCH | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF I.R.S. NDIVIDUAL MASTER FILES**

On September 19, 2005, the defendant, Richard Hatch, was arraigned in the above-referenced matter before Magistrate Lincoln D. Almond. A pre-trial discovery order was entered requiring the Government to disclose all information pursuant to Rule 16 of the Federal Rules of Criminal Procedure as well as all evidence of an exculpatory nature in the Government's possession.

## ARGUMENT

**THE GOVERNMENT SHOULD BE COMPELLED TO DISCLOSE A COMPLETE AND UNREDACTED COPY OF THE I.R.S. INDIVIDUAL MASTER FILES OF DEFENDANT.**

The I.R.S. Individual Master File (IMF) is a computer report of the tax returns filed by individuals and corporations as well as the government's interpretation of the returns. This report will show exactly what, if any, taxes have been paid to date by an individual or corporation. This report is the best and most accurate source of this information.

In United States v. Buford, 889 F.2d. 1406 (5th Cir. 1989), Buford was a public accountant indicted for criminal tax offenses. To discredit him, a government agent testified that Mr. Buford had not filed his own tax returns. Mr. Buford testified and denied this but a jury convicted him. On appeal, the government was ordered to turn over its internal master file records. The records showed Buford had in fact filed his tax returns. Ultimately, a new trial was ordered and Buford was acquitted.

A complete and un-redacted copy of Mr. Hatch's IMF is necessary to properly prepare for trial. Specifically, counsel needs to know exactly what the IMF shows in terms of actual taxes paid by Mr. Hatch or the Tri-Whale Corporation during the applicable time period of the indictment.

For the foregoing reasons, the defendant, Richard Hatch, respectfully requests that this Honorable Court enter an order compelling the government to produce a complete and un-redacted copy of the I.R.S. Individual Master Files concerning Mr. Hatch.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns / JEM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams / JEM

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074

(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 11-9-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.