**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**DEFENDANT'S MOTION TO ENLARGE TIME FOR THE FILING OF PRE-TRIAL MOTIONS**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves to enlarge the time for the filing of pre-trial motions and memorandum by a period of three months, from December 12, 2005 to March 10, 2006. Counsel further moves to exclude this period of time from Speedy Trial Act calculations.

As grounds, counsel avers that this additional time is necessary based upon the large quantity of discoverable evidence and the complexity of issues involved in this matter. To date, counsel has received approximately five thousand pages of discovery from the Government. Counsel is still in the process of reviewing and organizing this material for trial. Counsel has forwarded to the United States Attorney a list of missing, illegible or unknown documents and is awaiting a supplemental response. Counsel for Mr. Hatch has filed three discovery motions to date and anticipates filing additional motions.

For the foregoing reasons, counsel for Mr. Hatch cannot adequately prepare all necessary pre-trial motions and memorandum by the December 12, 2005 deadline. Therefore, counsel requests a three month extension for filing pre-trial motions and memorandum.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JEM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JEM

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 11-9-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.