IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR 05-98T |
| | : | |
| RICHARD HATCH | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION**
**TO ENLARGE TIME FOR THE FILING OF PRE-TRIAL MOTIONS**

The United States of America, by and through its undersigned attorneys, respectfully submits this Response to defendant's Motion to Enlarge Time for the Filing of Pre-Trial Motions.

On September 19, 2005, the defendant was arraigned before Magistrate Judge Lincoln D. Almond, at which time the Court issued its Pre-trial Discovery Order. On September 27, 2005, the government provided its discovery to the defendant, which included approximately 4000 pages of documents. On September 30, 2005, the defendant filed a motion to enlarge the time for filing his pre-trial motions until December 21, 2005. On October 26, 2005, the Court held a telephonic conference with all of the parties. At that time the Court agreed to extend the time for filing pre-trial motions until December 12, 2005. The parties also discussed a possible trial date, and after giving consideration to the trial schedule of Mr. Minns, the defendant's out-of-state attorney, the Court indicated that the trial would begin during the second week of January, 2006.

The defendant now requests permission to extend the time for filing his pre-trial motions for an additional 90 days, until March 10, 2006. A continuance of that length of time would most likely result in the trial not taking place until sometime in April, 2006.

While a short continuance in the time for filing pre-trial motions may be appropriate in view of the quantity of discovery, we believe that a continuance for a period of 3 months is unreasonable and unnecessary. The defendant has already had the government's discovery in his possession for over 6 weeks. He is represented in this case by three attorneys. Under these circumstances, a continuance of a few weeks should provide the defendant with sufficient time to prepare any pre-trial motions.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November, 2005, a copy of the within Government's Response, was mailed by regular mail, postage prepaid, to the following:

John MacDonald, Esq.
One Turks Head Plaza
Suite 1440
Providence, R.I. 02903

Michael Minns, Esq.
9119 South Gessner
Suite One
Houston, TX 77074