**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

## DEFENDANT'S MOTION FOR BILL OF PARTICULARS

Now comes the Defendant, Richard Hatch, by and through undersigned counsel, and respectfully requests a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. Specifically, counsel for Mr. Hatch requests that this Court order the Government to disclose the following particulars regarding counts one, two, and three of the indictment:

a. State with particularity the amount of tax alleged due and owing the United States of America;

b. State with particularity the method of computation used by the United States of America in calculating the alleged amount of tax due and owing.

A memorandum of law in support of this motion is attached hereto.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JM

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 12-12-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. NO. 05-98T |
| | : | |
| RICHARD HATCH | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF PARTICULARS**

Now comes the Defendant, Richard Hatch, by and through undersigned counsel, and respectfully submits this memorandum in support of a motion for a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, and requests this Honorable Court enter an Order directing the United States to file a Bill of Particulars to the following matters, persons and places concerning the offenses charged in the above-styled indictment. As grounds for this Motion, Defendant shows the following:

**BACKGROUND**

The defendant, Richard Hatch, is charged in a ten count indictment with tax evasion, wire fraud, mail fraud and bank fraud. Counts one and two charge the preparation and signing of false U.S. Individual Income Tax returns for the years 2000 and 2001. Count three charges filing a false U.S. income tax return for an S-Corporation in the year 2001. Counts four and five charge that Mr. Hatch committed wire fraud when he "knowingly devised a scheme and intended to devise a scheme and artifice to defraud,

and for obtaining money and property from, donors of charitable contributions by means of false and fraudulent pretenses, representations, and promises." Counts six through nine charge Mr. Hatch with committing mail fraud when he "knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property from, donors of charitable contributions by means of false and fraudulent pretenses, representations, and promises." Count ten charges that Mr. Hatch committed bank fraud when he "knowingly and intentionally execute and attempt to execute the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds owned and under the custody and control of People's Credit Union."

## ARGUMENT

Rule 7(f) of the Federal Rules of Criminal Procedure provides for the filing of a bill of particulars. The purpose of a bill of particulars is to give the defendant more particular information. United States v. Haas, 583 F.2d 216 (5th Cir. 1978). The bill of particulars provides the defendant with information about the details of the charges against him that are necessary to the preparation of his defense and to avoid prejudicial surprise at trial. United States v. Diecidue, 603 F.2d 535 (5th Cir. 1979), cert denied 445 U.S. 946 (1979); United States v. Bascaro, 742 F.2d 1335, 1365 (11th Cir. 1984).

The Motion is not an attack upon the sufficiency of the indictment. The fact that the indictment is valid is not a defense to a motion for a Bill of Particulars, United States v. Faulkner, 53 F.R.D. 299, 310 (D. Wis. 1971), inasmuch as the underlying purpose of Rule 7(f) of the Federal Rules of Criminal Procedure is not to cure defects in the

Government's pleadings. In fact, a Bill of Particulars cannot save an invalid indictment. United States v. Farinas, 299 F. Supp. 852 (S.D.N.Y. 1969).

The purposes of a Bill of Particulars are to inform the defendant of the nature of the charge against him with sufficient precision to enable him to prepare for trial, to avoid or minimize the danger of surprise at time of trial and to enable him to plead his acquittal or conviction in bar of another prosecution for the same offense when the indictment itself is too vague and indefinite for such purposes. United States v. Haskins, 345 F.2d 11, 114 (6th Cir. 1965); United States v. Francisco, 575 F.2d 815, 818 (10th Cir. 1978). A defendant is presumed innocent upon his plea of not guilty and it cannot be assumed by the Court that the defendant knew the particulars sought in a Motion for Bill of Particulars. The defendant can only be considered ignorant of the facts on which the Government founds its charges. United States v. Tucker, 262 F. Supp. 305, 307 (S.D.N.Y. 1960). United States v. Burgio, 279 F. Supp. 843, 846 (S.D.N.Y. 1968).

To serve the purposes stated above, Mr. Hatch requests that this Court order the Government to disclose the following Particulars regarding Counts One, Two, and Three of the above-styled indictment:

a. State with particularity the amount of tax alleged due and owing the United States of America;

b. State with particularity the method of computation used by the United States of America in calculating the alleged amount of tax due and owing.

WHEREFORE, the Defendant, Richard Hatch, respectfully requests that this Court exercise its sound discretion and order the United States to provide the particulars requested herein so as to assure that the Defendant may adequately prepare for trial and avoid prejudicial surprise.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 12-12-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.