**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**DEFENDANT'S MOTION FOR DISCLOSURE PURSUANT TO RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE**

Now comes the defendant, Richard Hatch, by and through counsel, and pursuant to the provisions of Rules 404(b) of the Federal Rules of Evidence, hereby moves this Honorable Court for the entry of an order compelling and directing the Government to disclose the following information to the Court and defense counsel:

1. Any evidence the Government intends to introduce against this defendant regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

2. Any evidence the Government intends to introduce against this defendant pursuant to Rules 404(b) of the Federal Rules of Evidence;

3. Any evidence the Government intends to introduce against any party initially charged in the Indictment herein regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

4. Any evidence the Government intends to introduce against any party initially charged herein pursuant to Rules 404(b) of the Federal Rules of Evidence;

5. Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the Indictment herein) regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

6. Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the indictment herein) pursuant to Rules 404(b), F.R.E.

A memorandum of law in support of this motion is attached hereto.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JM

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 12-12-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR DISCLOSURE PURSUANT TO RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE**

Rule 404(b) of the Federal Rules of Evidence provides in relevant part:

> Evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith. It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident, provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial . . . of the general nature of any such evidence it intends to introduce at trial.

The advisory committee's notes to the 1991 amendment define the responsibilities of the respective parties in requesting and affording pretrial notification under Rule 404(b): "The amendment to Rule 404(b) . . . . expects that counsel for . . . the defense . . . will submit the necessary request . . . in a reasonable and timely manner." A "reasonable" request for notification, at a minimum, must be sufficiently clear and particular, in an objective sense, fairly to alert the prosecution that the defense is requesting pretrial notification of the general nature of any Rule 404b) evidence the prosecution intends to introduce. United States v. Tuesta-Toro, 29 F.3d 771, 774 (1st Cir.

1994). "[A]t a minimum the defense must present a timely request sufficiently clear and particular, in an objective sense, to fairly alert the prosecution that the defense is invoking its specific right to pretrial notification of the general nature of all Rule 404(b) evidence the prosecution intends to introduce at trial." Id. at 775.

In compliance with Rule 404(b), counsel for Mr. Hatch seeks an order compelling and directing the Government to disclose all 404(b) evidence requested by Defendant's Motion for Disclosure.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Minns /JM

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams /JM

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 12-12-05 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.