**IN THE DISTRICT COURT FOR THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-98T |
| | ) | |
| RICHARD HATCH | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR RULE 404(b) EVIDENCE**

Defendant Richard Hatch has moved for an order compelling the government to disclose any evidence of "bad acts" it intends to introduce at trial pursuant to Federal Rule of Evidence 404(b). The United States does not currently intend on introducing any evidence under Rule 404(b). Accordingly, defendant's motion should be denied as moot.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

In hereby certify that on the 16th day of December, 2005, a copy of the within Government's Response, was mailed by overnight mail, postage prepaid, to the following:

John MacDonald, Esq.
One Turks Head Plaza
Suite 1440
Providence, R.I. 02903

Michael Minns, Esq.
9119 South Gessner
Suite One
Houston, TX 77074