UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. NO. 05-98T |
| | : | |
| RICHARD HATCH | : | |

**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves to continue the date of trial currently scheduled for January 11, 2006. For the reasons expressed below, counsel for Mr. Hatch moves for a trial date on or after May 1, 2006.

The defendant was arraigned on the above-referenced ten count indictment on September 19, 2005. The government delivered a compact disk containing approximately five thousand pages of discovery in PDF format on October 5, 2005. Counsel has spent over two months printing, organizing, reviewing and preparing these materials for trial. Experts retained by counsel are still reviewing these materials in preparation for trial. Counsel is also still in the process of interviewing potential witnesses for trial and securing their appearance by way of subpoena. In addition to document review, counsel has filed and the court has either heard or scheduled hearings on six separate pre-trial motions. The court has also ordered compliance with a pre-trial order requiring counsel to submit a trial memorandum on or before January 3, 2006.

For these reasons, counsel is not ready for trial on January 11, 2006. This is the first trial date scheduled in this matter. No prior requests for a continuance of the trial have been made.

The Court has indicated to the government and counsel that due to its busy trial schedule, the only other opportunity for a trial date would be during or after the summer of 2006. Counsel for Mr. Hatch is requesting any date after May 1, 2006 for trial. Counsel avers that this continuance is necessary to ensure effective assistance of counsel, is the interest of justice and outweighs the public's need for a speedy trial. See Speedy Trial Act 18 U.S.C. § 31-61 (h) (8) (A).

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 16 December 05' a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.