LAROCHELLE & MACDONALD

Attorneys & Counselors at Law

HAND-DELIVERED

December 21, 2005

Andrew Reich
Assistant United States Attorney
50 Fleet Center, 8th Floor
Providence, Rhode Island 02903

**REGARDING: United States v. Hatch, CR 05-98T**

Dear Andy:

Pursuant to Federal Rules of Evidence 702, 703 and 705, I am writing to summarize the proposed expert witness testimony of Daniel Urso, CPA:

1. Rebuttal witness: since the Government refuses to disclose a summary of its proposed expert testimony, we cannot anticipate Mr. Urso's rebuttal testimony;

2. Summary witness: we expect Mr. Urso to summarize the trial testimony and exhibits;

3. Case in chief witness:

   a. The defendant's accounting and bookkeeping abilities are below normal;
   b. It is a common experience to have tax problems when trauma occurs or an unusual change in business or income. Both occurred in the defendant's case;
   c. Mr. Hatch has been continuously attempting to resolve his tax problems by filing amended tax returns for 2000 and 2001;
   d. An amended return cannot be completed at this time because of the enormity of the records involved and the refusal of Jodi Rodriquez-Wallace, CPA to cooperate in any manner;
   e. The 2000 and 2001 tax returns submitted to Mr. Hatch by Jodi Rodriquez-Wallace, CPA were incorrect and incompetently prepared.

One Turks Head Place * Suite 1440 * Providence, Rhode Island 02903
Phone: 401.421.1440 * Facsimile: 401.421.1442