**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR 05-98T |
| | : | |
| RICHARD HATCH | : | |

**GOVERNMENT'S NOTICE OF INTENT TO USE RECORDED CONVERSATIONS**

The United States of America, by and through its undersigned attorneys, respectfully submits this Notice of Intent to Use Recorded Conversations.

On December 7, 2000, the defendant appeared in the filming of a pilot for a television show called For Goodness Sake. The concept behind the show was that celebrities would appear on the show and talk about a charity. The producers of the show were to make a $25,000 contribution to the charity. The defendant was chosen as the first celebrity to appear in the pilot.

During the filming of the pilot, the defendant talked about his alleged charitable organization, Horizon Bound. Following the show, the defendant was given a $25,000 check made payable to Horizon Bound. This check, and the defendant's subsequent alteration of the check and use of the funds, form the basis of one of the sources of income in the tax evasion charge relating to the tax year 2000 (Count 1), the mail and wire fraud counts (Counts 4 through 9), and the bank fraud count (Count 10).

The recording at issue consists of 3 short clips from the pilot show. Clip A lasts approximately 1 minute, clip B lasts approximately 2 minutes, and clip C lasts approximately 1 minute. Transcripts of the clips are attached to this Notice. The participants to the recording are Mr. Hatch and the two co-hosts of the show, Mary Ellen McGuire and Ron Trotta.

On September 27, 2005, the government provided the defense with a VHS recording of entire pilot show. On December 15, 2005, the government provided the defense with a CD containing the 3 selected clips, along with a transcript of those clips. In our letter to the defense (copy attached), we requested that they advise us by December 22 of any dispute they may have with the editing or the transcripts of the clips. To date, we have not received a response to our letter.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of December, 2005, a copy of the within Government's Notice, was mailed by regular mail, postage prepaid, to the following:

John MacDonald, Esq.
One Turks Head Plaza
Suite 1440
Providence, R.I. 02903

Michael Minns, Esq.
9119 South Gessner
Suite One
Houston, TX 77074

Libana M. Steele