UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.                                                        C.R. No. 05-98T

RICHARD HATCH,
Defendant

**ORDER**

For reasons stated in open court on December 21st, 2005, Defendant's Motion for Disclosure of Rule 404(b) Evidence is hereby DENIED without prejudice. Defendant's Motion for Severance of Counts is hereby DENIED. Defendant's Motion for a Bill of Particulars is hereby DENIED. Defendant's Motion to Continue Trial Date is hereby DENIED.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 12/28/05