UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR No. 05-98-T

RICHARD HATCH

**ORDER GRANTING IN PART AND DENYING IN PART GOVERNMENT'S MOTION TO PRECLUDE EXPERT TESTIMONY**

For reasons stated in open court, the Government's motion in limine to preclude expert testimony to be offered by Daniel Urso is hereby granted in part and denied in part. The Court grants the motion with respect to Mr. Urso's potential testimony regarding (1) the Defendant's accounting and bookkeeping abilities; (2) any claimed relationship between "tax problems" and personal trauma and/or changes in income; and (3) an accountant's professional responsibilities in preparing tax returns.

Otherwise, the Court denies the motion. As indicated during oral argument, however, the Government remains free to challenge the admissibility of any other subject(s) of Mr. Urso's testimony through appropriate objection(s) during trial.

Either party may request that the Court reconsider this ruling if the evidence adduced at trial differs materially from that anticipated by counsel during oral argument.

IT IS SO ORDERED,

Ernest C Torres

Ernest C. Torres, Chief Judge

Date: January 6 , 2006