**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 05-98T

RICHARD HATCH

# VERDICT

WE THE JURY FIND AS FOLLOWS: (Check one for each charge)

| AS TO RICHARD HATCH | Guilty | Not Guilty |
|---|---|---|
| Count I - Tax evasion with respect to the year 2000: | X | |
| Count II - Tax evasion with respect to the year 2001: | X | |
| Count III - Signing a false tax return for Tri-Whale Enterprises, Inc. for the year 2001: | X | |
| Count IV - Wire fraud with respect to a June 11, 2001 facsimile transmission to NBC regarding Weakest Link Productions, Inc.: | | X |
| Count V - Wire fraud with respect to a July 30, 2001 facsimile transmission to NBC regarding Weakest Link Productions, Inc.: | | X |

| AS TO RICHARD HATCH | Guilty | Not Guilty |
| --- | --- | --- |
| Count VI - Mail fraud with respect to a check sent by Chambers Communications Corp. on December 11, 2000: | | X |
| Count VII - Mail fraud with respect to a check sent by CAM Media & Graphics on April 23, 2001: | | X |
| Count VIII - Mail fraud with respect to a check sent by East Boston Savings Bank on April 24, 2001: | | X |
| Count IX - Mail fraud with respect to a check sent by Weakest Link Productions, Inc. on August 10, 2001: | | X |
| Count X - Bank fraud with respect to People's Credit Union on December 18, 2000: | | X |

Signature of foreperson: Date: ,