AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America v. Richard Hatch

CASE NUMBER: CR05-98T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | Andrew Reich; Lee Vilker | Michael Minns; John MacDonald;Enid Williams |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/12-13; 1/17-1/20; 1/23-1/25 2006 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/12/06 | | | W-1 Marc Burnett |
| 9 | | 1/12/06 | X | FULL | 1/25/00 Applicant Agreement with SEG |
| 15 | | 1/12/06 | X | FULL | Letter from Ann O'Grady 7/28/00 |
| 16 | | 1/12/06 | X | FULL | SEG Check Request $10,000.00 |
| 17 | | 1/12/06 | X | FULL | SEG Check Request $1,000,000.00 |
| 10 | | 1/12/06 | X | FULL | Copy of Check - $1 million |
| 11 | | 1/12/06 | X | FULL | Copy of Check - $10,000.00 |
| 18 | | 1/12/16 | X | FULL | Acknowledgement Receipt - $1 million |
| 19 | | 1/12/06 | X | FULL | Acknowledgement Receipt - $10,000.00 |
| 12 | | 1/12/06 | X | FULL | 1099 Issued by SEG |
| | | 1/12/06 | | | W-2 John Smith |
| 51 | | 1/12/06 | X | FULL | Letter from GM Corp. to Barry Pontiac |
| 52 | | 1/12/06 | X | FULL | General Motors Receipt of Vehicle Prize |
| 53 | | 1/12/06 | X | FULL | Hatch Acknowledgement of Receipt of Vehicle |
| 46 | | 1/12/06 | X | FULL | Barry Pontiac-Buick Vehicle Invoice |
| 54 | | 1/12/06 | X | FULL | GM 1099 Form for $27,074.00 |
| | | | | | W-3 Julie Kahn |
| 22 | | 1/12/06 | X | FULL | Entercom Employment Agreement dated 1/23/01 |
| 23 | | 1/12/06 | X | FULL | Entercom/Tri-Whale Agreement 4/10/01 |
| 40 | | 1/12/06 | X | FULL | W-2 Forms Issued by Entercom for 2001 |
| 25 | | 1/12/06 | X | FULL | 4/16/01 Check to Tri-Whale |
| 26 | | 1/12/06 | X | FULL | 4/30/01 Check to Tri-Whale |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 27 | | 1/12/06 | X | FULL | 5/11/01 Check to Tri-Whale |
| 28 | | 1/12/06 | X | FULL | 5/25/01 Check to Tri-Whale |
| 29 | | 1/12/06 | X | FULL | 6/8/01 Check to Tri-Whale |
| 30 | | 1/12/06 | X | FULL | 6/27/01 Check to Tri-Whale |
| 31 | | 1/12/06 | X | FULL | 7/6/01 Check to Tri-Whale |
| 32 | | 1/12/06 | X | FULL | 7/27/01 Check to Tri-Whale |
| 33 | | 1/12/06 | X | FULL | 8/10/01 Check to Tri-Whale |
| 34 | | 1/12/06 | X | FULL | 8/30/01 Check to Tri-Whale |
| 35 | | 1/12/06 | X | FULL | 9/14/01 Check to Tri-Whale |
| 36 | | 1/12/06 | X | FULL | 9/27/01 Check to Tri-Whale |
| 37 | | 1/12/06 | X | FULL | 10/12/01 Check to Tri-Whale |
| 38 | | 1/12/06 | X | FULL | 10/29/01 Check to Tri-Whale |
| 39 | | 1/12/06 | X | FULL | 12/7/01 Check to Tri-Whale |
| 44 | | 1/12/06 | X | FULL | 2/28/01 Letter from Hatch to Entercom |
| | | 1/12/06 | | | W-4 Paul Crowley |
| 1 | | 1/12/06 | X | FULL | 2000 Filed Individual Return |
| 5 | | 1/12/06 | X | FULL | 2001 Filed Individual Return |
| 7 | | 1/12/06 | X | FULL | 2001 Filed Tri-Whale Return |
| 98 | | 1/12/06 | X | FULL | Application for Recognition of 501(c)(3) Status for HB rec by IRS 5/24/01 |
| 97 | | 1/12/06 | X | FULL | Letter from IRS to HB 6/25/01 |
| | | 1/12/06 | | | W-5 Victor Tavares |
| 85 | | 1/12/06 | X | FULL | Tavares Check dated 1/1/00 |
| 86 | | 1/12/06 | X | FULL | Tavares Check dated 1/31/00 |
| 88 | | 1/12/06 | X | FULL | Tavares Check #2 2/29/00 |
| 89 | | 1/12/06 | X | FULL | Tavares Check 3/30/00 |
| 90 | | 1/12/06 | X | FULL | Tavares Check 5/1/00 |
| | | 1/12/06 | | | W-6 Michael Deely |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 64 | | 1/12/06 | | FULL | Deely Check 1/1/00 |
| 65 | | 1/12/06 | | FULL | Deely Check 2/1/00 |
| 67 | | 1/12/06 | | FULL | Deely Check 3/1/00 |
| 68 | | 1/12/06 | | FULL | Deely Check 4/1/00 |
| 69 | | 1/12/06 | | FULL | Deely Check 5/2/00 |
| | | 1/12/06 | | | W-7 Lisa Barkowski |
| 57 | | 1/12/06 | | FULL | Barkowski Check 12/20/99 |
| 59 | | 1/12/06 | | FULL | Barkowski Check 2/3/00 |
| 60 | | 1/12/06 | | FULL | Barkowski Check 4/1/00 |
| 61A | | 1/12/06 | | FULL | Barkowski Check 5/1/00 |
| 78 | | 1/12/06 | | FULL | Nass Check 4/27/01 |
| 79 | | 1/12/06 | | FULL | Nass Check 5/26/00 |
| | | 1/12/06 | | | W-8 Robert McEvoy |
| 74 | | 1/12/06 | | FULL | McEvoy Check 9/8/01 |
| 75 | | 1/12/06 | | FULL | McEvoy Check 9/29/01 |
| 76 | | 1/12/06 | | FULL | McEvoy Check 11/1/01 |
| 77 | | 1/12/06 | | FULL | McEvoy Check 12/1/01 |
| | | 1/12/06 | | | W-9 Marc LaChance |
| 71 | | 1/12/06 | | FULL | LaChance Check 10/30/01 |
| 72 | | 1/12/06 | | FULL | LaChance Check 11/30/01 |
| | | 1/13/06 | | | W-9 Christopher Yenalevitch |
| 62 | | 1/13/06 | | FULL | Connerton Check 11/1/01 |
| 63 | | 1/13/06 | | FULL | Connerton Check 11/30/01 |
| 80 | | 1/13/06 | | FULL | Simpson Check 12/18/99 |
| 81 | | 1/13/06 | | FULL | Simpson Check 2/2/00 |
| 82 | | 1/13/06 | | FULL | Simpson Check 2/9/00 |
| 83 | | 1/13/06 | | FULL | Simpson Check 4/1/00 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 84 | | 1/13/06 | | FULL | Simpson Check 5/1/00 |
| 91 | | 1/13/06 | | FULL | Throckmorton Check 12/26/99 |
| 92 | | 1/13/06 | | FULL | Throckmorton Check 1/31/00 |
| 93 | | 1/13/06 | | FULL | Throckmorton Check 2/29/00 |
| 94 | | 1/13/06 | | FULL | Throckmorton Check 4/1/00 |
| 95 | | 1/13/06 | | FULL | Throckmorton Check 5/1/00 |
| | | 1/13/06 | | | W-10 Mary Ellen McGuire |
| 106B | | 1/13/06 | | FULL | For Goodness Sake! Clips (DVD) |
| | | 1/13/06 | | | W-11 James Plummer |
| 102 | | 1/13/06 | X | FULL | Agreement with For Goodness Sake! |
| 103 | | 1/13/06 | X | FULL | 12/6/00 Long Form Agreement with For Goodness Sake! |
| 101 | | 1/13/06 | X | FULL | Chambers Check Request Form |
| 99 | | 1/13/06 | X | FULL | $25,000.00 Check from Chambers to Horizon Bound |
| 105 | | 1/13/06 | X | FULL | Letter from Allison Hushek to R. Hatch 12/11/00 |
| 100 | | 1/13/06 | X | FULL | Original Returned $25,000.00 Check from Chambers to Richard Hatch |
| | | 1/13/06 | | | W-12 Donna Manning |
| 104A | | 1/13/06 | X | FULL | ATM Deposit Discrepancy Log |
| 261 | | 1/13/06 | X | FULL | Signature Card |
| 104B | | 1/13/06 | X | FULL | NFSB Hatch Account December Statement |
| 104C | | 1/13/06 | X | FULL | NFSB Hatch Account January Statement |
| | | 1/13/06 | | | W-13 Edward Reynolds |
| 208 | | 1/13/06 | X | FULL | Copy of Chambers Check |
| 207 | | 1/13/06 | X | FULL | Deposit Ticket for $25,000.00 12/16/00 |
| | | 1/13/06 | | | W-14 John Mitchell |
| 108 | | 1/13/06 | X | FULL | Original $500.00 Check from CAM Media |
| | | 1/13/06 | | | W-15 Robert Verdonck |
| 109 | | 1/13/06 | X | FULL | Origianl East Boston Savings $1,000.00 Check |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/13/06 | | | W-16 Wayne Texeira |
| | | 1/13/06 | | | W-17 Mark Ranslem |
| 293 | | 1/13/06 | X | FULL | RI Foundation Mini-Grant Application |
| | BB | 1/13/06 | X | FULL | Horizon Bound Introduction Letter |
| | CC | 1/13/06 | X | FULL | Handwritten List of Foundations - Mark Ranslem |
| | DD | 1/13/06 | X | FULL | 3/27/02 Letter to Van Buren Charitable Foundation |
| | EE | | X | | 4/11/02 Letter from Kim Dane to R. Hatch |
| | HH | | X | | Surdna Foundation Grant Information |
| | II | 1/13/06 | X | FULL | News Articles & Handwritten Note - Mark Ranslem RE: Yawkey Foundation |
| | MM | 1/13/06 | X | FULL | Handwritten Notes of Mark Ranslem RE: Rack Billiards Club Event |
| | OO | | X | | Miscellaneous List of Sports Shops |
| | PP | 1/13/06 | X | FULL | Questions/Suggestions from Mark Ranslem to R.Hatch |
| | UU | 1/13/06 | X | FULL | 2/14/02 Letter to Paul Firestone from Hatch with Flyer |
| | | 1/17/06 | | | W-18 Lee Strauss |
| 112 | | 1/17/06 | X | FULL | Celebrity Contestant Agreement - Weakest Link |
| 113 | | 1/17/06 | X | FULL | W-9 Form Faxed to Weakest Link 6/11/01 |
| 114 | | 1/17/06 | X | FULL | Fax from Ralph Magee to Weakest Link 7/30/01 |
| 244 | | 1/17/06 | X | FULL | $10,000.00 Check from Weakest Link 8/1/01 |
| | | 1/17/06 | | | W-19 Jerald Leggett |
| 111 | | 1/17/06 | X | FULL | Weakest Link Authority for Payment Form |
| | | 1/17/06 | | | W-20 Ralph Magee |
| 96 | | 1/17/06 | X | FULL | Horizon Bound Articles of Incorporation |
| 152 | | | X | | Request for Verification of Employment of Kristin Hatch |
| | | 1/17/06 | | | W-21 Richard Plotkin |
| 2 | | 1/17/06 | X | FULL | 2000 Return Prepared by Plotkin |
| 117 | | 1/17/06 | X | FULL | Lyons Press 1099 Form for $11,500.00 |
| 118 | | 1/17/06 | X | FULL | Day Forbes, LLC 1099 Form for $30,000.00 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 119 | | 1/17/06 | X | FULL | Conde Nast Publications 1099 Form for $10,000.00 |
| 120 | | 1/17/06 | X | FULL | American Broadcasting 1099 Form for $1,399.00 |
| 121 | | 1/17/06 | X | FULL | Reebok Invoice for $10,000.00 |
| 122 | | 1/17/06 | X | FULL | True North Invoice for $12,500.00 for 8/21/00 |
| 123 | | 1/17/06 | X | FULL | American Program Bureau, Inc. Invoices |
| 124 | | 1/17/06 | X | FULL | Handwritten Summary Chart of 1099 and W2 |
| 125 | | 1/17/06 | X | FULL | Handwritten Notes Regarding Rental Property |
| 127 | | 1/17/06 | X | FULL | 9/28/0 Letter from Plotkin to R.Hatch |
| | | 1/17/06-1/18/06 | | | W-22 Jodi Rodrigues Wallis (JRW) |
| 3 | | 1/17/06 | X | FULL | 2000 Return Prepared by JRW in 3/2002 |
| 134 | | 1/18/06 | X | FULL | Handwritten Notes "21 Annandale" |
| 135 | | 1/18/06 | X | FULL | Chart Entitled "W-2 Wages, Commissions & Fees" |
| 137 | | 1/18/06 | X | FULL | Letter from IRS dated 7/15/02 |
| 132 | | 1/18/06 | X | FULL | JRW Letter to R. Hatch Regarding Informational Return dated 11/19/02 |
| 142 | | 1/18/06 | X | FULL | Commissions Schedule |
| | C | 1/18/06 | X | FULL | 10/26/04 Letter from AUSA Vilker to Thomas Briody |
| | B | 1/18/06 | X | FULL | Notice of Tax Due from IRS 9/9/02 |
| | | 1/18/06 | | | W-23 Jason Rameaka |
| 254 | | 1/18/06 | X | FULL | 6/15/01 Statement |
| 255 | | 1/18/06 | X | FULL | 7/13/01 Statement |
| 256 | | 1/18/06 | X | FULL | 8/15/01 Statement |
| 257 | | 1/18/06 | X | FULL | 9/14/01 Statement |
| 258 | | 1/18/06 | X | FULL | 10/15/01 Statement |
| 259 | | 1/18/06 | X | FULL | 11/15/01 Statement |
| 260 | | 1/18/06 | X | FULL | 12/14/01 Statement |
| 251 | | 1/18/06 | X | FULL | Check from IRS in 2002 for 2000 Tax Return |
| 252 | | 1/18/06 | X | FULL | Check from IRS in 2002 for 2000 Tax Return |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 263 | | 1/18/06 | X | FULL | Signature Card |
| 265 | | 1/18/06 | X | FULL | 4/16/01 Check from Entercom for $41,666.67 |
| 267 | | 1/18/06 | X | FULL | 4/30/01 Entercom Check for $20,833.34 |
| 268 | | 1/18/06 | X | FULL | 5/11/01 Entercom Check for $20,833.33 |
| 269 | | 1/18/06 | X | FULL | 5/25/01 Entercom Check for $20,833.33 |
| 272 | | 1/18/06 | X | FULL | 6/8/01 Entercom Check for $20,833.33 |
| 273 | | 1/18/06 | X | FULL | 6/27/01 Entercom Check for $20,833.33 |
| 277 | | 1/18/06 | X | FULL | 7/6/01 Entercom Check for $20,833.33 |
| 280 | | 1/18/06 | X | FULL | 7/27/01 Entercom Check for $20,833.33 |
| 281 | | 1/18/06 | X | FULL | 8/10/01 Entercom Check for $20,833.33 |
| 287 | | 1/18/06 | X | FULL | 10/29/01 Entercom Check for $20,833.33 |
| 289 | | 1/18/06 | X | FULL | 12/7/01 Entercom Check for $8,640.00 |
| 308 | | 1/18/06 | X | FULL | Entercom Summary Chart |
| 45 | | 1/18/06 | X | FULL | Delaware Certificate of Incorporation for Tri-Whale dated 3/8/01 |
| 206 | | 1/18/06 | X | FULL | People's Credit Union 12/2000 Statement |
| 209 | | 1/18/06 | X | FULL | January 2001 Statement |
| 217 | | 1/18/06 | X | FULL | February 2001 Statement |
| 210 | | 1/18/06 | X | FULL | 12/26/00 Check to Larry Brown for $1,600.00 |
| 211 | | 1/18/06 | X | FULL | 12/27/00 Check to Jim Frecas for $95.00 |
| 212 | | 1/18/06 | X | FULL | 12/25/00 Check to Alan for $200.00 |
| 213 | | 1/18/06 | X | FULL | 12/26/00 Check to Jeff Brown for $230.00 |
| 214 | | 1/18/06 | X | FULL | 12/25/00 Check to Steve for $200.00 |
| 215 | | 1/18/06 | X | FULL | 1/16/01 Check to Downes Construction for $16.663.88 |
| 216 | | 1/18/06 | X | FULL | 1/17/01 Check to Peter Hanney for $30.00 |
| 218 | | 1/18/06 | X | FULL | 1/17/01 Check to Michael for $100.00 |
| 219 | | 1/18/06 | X | FULL | 1/17/01 Check to Polo Cleaners for $17.20 |
| 220 | | 1/18/06 | X | FULL | 1/25/01 Check to CASH for $1,500.00 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 221 | | 1/18/06 | X | FULL | 1/31/01 Check to Annika Traymur for $750.00 |
| 222 | | 1/18/06 | X | FULL | 1/31/01 Check to Chris Ledsworth |
| 223 | | 1/18/06 | X | FULL | 1/31/01 Check to Peter Hanney |
| 224 | | 1/18/06 | X | FULL | 2/2/01 Check to Peter Hanney |
| 225 | | 1/18/06 | X | FULL | 2/9/01 Check to CASH for $2,500.00 |
| 226 | | 1/18/06 | X | FULL | 2/9/01 Check to Peter Hanney for $50.00 |
| 227 | | 1/18/06 | X | FULL | 2/6/01 Check to Peter Hanney for $50.00 |
| 309 | | 1/18/06 | X | FULL | People's Credit Union Summary Chart |
| 249 | | 1/18/06 | X | FULL | Signature Card |
| 239 | | 1/18/06 | X | FULL | 5/31/2001 Statement |
| 240 | | 1/18/06 | X | FULL | Bank Copy of $1,000.00 Check from East Boston Savings Bank dated 4/24/01 |
| 243 | | 1/18/06 | X | FULL | 8/31/01 Statement |
| 246 | | 1/18/06 | X | FULL | $10,000.00 Check to Downes Construction dated 9/24/01 |
| 248 | | 1/18/06 | X | FULL | $908.82 Check to Rich Hatch |
| 247 | | 1/18/06 | X | FULL | 10/31/01 Statement |
| 310 | | 1/18/06 | X | FULL | Horizon Bound Account Summary Chart |
| 238A | | 1/19/06 | X | FULL | Signature Cards |
| 55 | | 1/19/06 | X | FULL | Certified Deed to 21 Annandale Rd. |
| 56 | | 1/19/06 | X | FULL | Deed Transferring Title to Kristin Hatch |
| 311 | | 1/19/06 | X | FULL | 2000 Rental Summary Chart |
| 312 | | 1/19/06 | X | FULL | 2001 Rental Summary Chart |
| 294 | | 1/19/06 | X | FULL | Middletown Town Clerk Regarding Purchase by R.Hatch of Green End Ave. |
| 295 | | 1/19/06 | X | FULL | Middletown Town Clerk Regarding Sale by Hatch to Green End Ave. |
| 314 | | 1/19/06 | X | FULL | PlanRight agreement with R. Hatch |
| 315 | | 1/19/06 | X | FULL | PlanRight Invoice to Horizon Bound |
| | | 1/19/06 | | | W-24 Larry Brown |
| | | 1/19/06 | | | W-25 Peter Hanney |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/19/06 | | | W-26 Timothy Downes |
| 198 | | 1/19/06 | X | FULL | Building Permit Application to 21 Annandale Rd. |
| 297 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 296 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 300 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 301 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 304 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 298 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 299 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 302 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 303 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 305 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 306 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 307 | | 1/19/06 | X | FULL | Photograph of Green End Avenue |
| 197A -Z8 | | 1/19/06 | X | FULL | Copies of 34 Invoices from Downes Construction of R.Hatch |
| 181 | | 1/19/06 | X | FULL | Check dated 6/8/00 |
| 182 | | 1/19/06 | X | FULL | Check dated 8/8/00 & 8/27/00 |
| 183 | | 1/19/06 | X | FULL | Check dated 9/9/00 |
| 184 | | 1/19/06 | X | FULL | Check dated 10/30/00 |
| 185 | | 1/19/06 | X | FULL | Check dated 11/8/00 |
| 186 | | 1/19/06 | X | FULL | Check dated 12/10/00 |
| 187 | | 1/19/06 | X | FULL | Check dated 12/16/00 |
| 188 | | 1/19/06 | X | FULL | Check dated 1/16/01 |
| 189 | | 1/19/06 | X | FULL | Check #2 dated 1/16/01 |
| 190 | | 1/19/06 | X | FULL | Check dated 2/9/01 |
| 191 | | 1/19/06 | X | FULL | Check dated 3/12/01 |
| 192 | | 1/19/06 | X | FULL | Check dated 4/10/01 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 193 | | 1/19/06 | X | FULL | Check dated 5/9/01 |
| 194 | | 1/19/06 | X | FULL | Check dated 6/20/00 |
| 195 | | 1/19/06 | X | FULL | Check dated 8/15/01 |
| 196 | | 1/19/06 | X | FULL | Check dated 9/24/01 |
| | | 1/19/06 | | | W-27 Michael Pleshaw |
| 313 | | 1/19/06 | X | FULL | Summary of Taxes Owed |
| 317 | | 1/19/06 | X | FULL | Adjustment to R. Hatch's 2000-2001 Individual Tax Return |
| 318 | | | X | | Chart Prepared by Pleshaw Showing Adjustment with Business and Commission Expenses |
| | BBB | | X | | Form 4549 Income Tax |
| | CCC | | X | | Form 4605 Examination Changes |
| | DDD | | X | | Form 886-X Small Business Corp. Shareholder's Shares of Income |
| | EEE | | X | | Form 4549 Income Tax Examination Changes |
| | | 1/19/06 | | | W-26 Timothy Downes (Recalled) |
| | | 1/19/06 | | | W-28 Alan David |
| | | 1/19/06 | | | W-29 Christopher Behan |
| | | 1/20/06 | | | W-30 Richard Hatch |
| | AAA | 1/20/06 | X | FULL | Articles of Incorporation - Horizon Bound |
| | Q | 1/20/06 | X | FULL | 11/13/00 Email from Josh Wagner to R. Hatch |
| | S | 1/20/06 | X | FULL | 11/21/00 Fax from Josh Wagner to R. Hatch |
| | W | 1/20/06 | X | FULL | 12/20/00 Email from Josh Wagner to R. Hatch |
| | X | 1/20/06 | X | FULL | 1/11/01 Email from Josh Wagner to R. Hatch with Response |
| | GGG | 1/23/06 | X | FULL | Horizon Bound Expenditures 2000-2002 |
| | HHH | 1/20/06 | X | FULL | PDQ Invoice dated 1/14/02 |
| 154 | | 1/20/06 | X | FULL | Account Opening Form dated 9/20/00 |
| 162 | | | X | | 4/30/01 Statement |
| 171 | | | X | | 1/31/02 Statement |
| 321 | | | X | | Letter to R. Hatch regarding Citizen's Bank Home Equity Loan |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Richard Hatch

CASE NUMBER: CR05-98T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 322 | | | X | | Tax return provided to Citizen's Bank for Home Equity Loan |
| | | 1/23/06 | | | W-31 Daniel J. Urso |
| | | 1/23/06 | | | W-30 Richard Hatch |
| 135A | | 1/23/06 | X | FULL | Original of Exhibit 135 - Chart entitled "W-2 Wages Commissions & Fees" |
| | | 1/23/06 | | | W-31 Daniel J. Urso |
| | | 1/23/06 | | | W-23 Jason Rameaka |
| | | 1/23/06 | | | W-13 Edward Reynolds |
| 323 | | 1/23/06 | X | FULL | People's Credit Union Teller List/Teller Numbers |
| | | 1/23/06 | | | W-32 Julie Henderson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |