**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

vs. C.R. No. 05-98T

RICHARD HATCH

**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL**

For reasons stated in open court on January 19, 2006, Defendant's Motion for Judgment of Acquittal as to all counts of the Indictment is hereby denied.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 2/1/06