Richard Hatch
Canadian Properties



**PROPERTIES PURCHASED IN BULK**

| Location Description | Property ID | Purchase Date | Purchase Price | Assessed Value | Prior Year's Taxes | Balance | Taxable Market Value |
|---|---|---|---|---|---|---|---|
| Land MacIntyre's Lane & Tanya Dr., Glace Bay | See Below | 8/15/2002 | $1,905.33 | | | | |
| Brenda St. Lot 7, Glace Bay | 15063217 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 8, Glace Bay | 15063233 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 9, Glace Bay | 15063290 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 10, Glace Bay | 15063316 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 11, Glace Bay | 15063324 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 12, Glace Bay | 15063340 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 13, Glace Bay | 15063357 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 20, Glace Bay | 15063035 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Brenda St. Lot 21, Glace Bay | 15063019 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Brenda St. Lot 22, Glace Bay | 15063001 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Ext. Lot 23, Glace Bay | 15062995 | | | $4,000.00 | $61.64 | $64.82 | $4,000.00 |
| Donna St. Lot 41, Glace Bay | 15062896 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Donna St. Lot 42, Glace Bay | 15062888 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Donna St. Lot 43, Glace Bay | 15062870 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Donna St. Lot 48, Glace Bay | 15062862 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Donna St. Lot 49, Glace Bay | 15062813 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Donna St. Lot 50, Glace Bay | 15062805 | | | $4,000.00 | $61.64 | $64.82 | $4,000.00 |
| Stacey St. Lot 54, Glace Bay | 15062789 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Stacey St. Lot 55, Glace Bay | 15062771 | | | $4,000.00 | $61.64 | $64.82 | $4,000.00 |
| Stacey St. Lot 56, Glace Bay | 15062763 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Stacey St. Lot 61, Glace Bay | 15062755 | | | $6,500.00 | $100.17 | $105.38 | $800.00 |
| Stacey St. Lot 62, Glace Bay | 15062748 | | | $5,000.00 | $77.05 | $81.08 | $5,000.00 |
| Stacey St. Lot 63, Glace Bay | 15062730 | | | $6,500.00 | $112.59 | $118.42 | $7,500.00 |
| Brenda St. Ext. Lot 92, Glace Bay | 15062912 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Ext. Lot 93, Glace Bay | 15062938 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Ext. Lot 94, Glace Bay | 15062961 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 94A, Glace Bay | 15132772 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |

Exhibit A

Richard Hatch
Canadian Properties





**PROPERTIES PURCHASED INDIVIDUALLY**

| Location Description | Property ID | Purchase Date | Purchase Price | Assessed Value | Prior Year's Taxes | Balance | Taxable Market Value |
|---|---|---|---|---|---|---|---|
| 6 Beacon Street, North Sydney | 15020308 | 8/15/2002 | $2,209.59 | $19,100.00 | $397.30 | ($196.00) | $5,000.00 |
| Lot 63 North Street, Glace Bay | 15393747 | 10/26/2002 | $350.00 | $4,000.00 | $80.60 | $84.76 | $2,000.00 |
| Barrington Street, Sydney Mines | 15499254 | 10/26/2002 | $350.00 | $10,500.00 | $189.53 | ($85.74) | $5,500.00 |
| Barrington Street, Sydney Mines | 15499247 | 10/26/2002 | $800.00 | $10,500.00 | $189.53 | ($85.74) | $5,500.00 |
| O'Tooles Lane, Sydney Mines | 15336514 | 10/26/2002 | $500.00 | $5,000.00 | $90.25 | $46.42 | $5,000.00 |
| 158 York Street, Sydney | 15057086 | 10/26/2002 | $350.00 | $9,000.00 | $196.83 | $101.24 | $9,000.00 |
| Wallace Street, Louisbourg | 15480181 | 10/26/2002 | $350.00 | $1,800.00 | $31.43 | $16.04 | $1,800.00 |
| R. Hinchey Avenue, New Waterford | 15470032 | 10/26/2002 | $800.00 | $3,800.00 | $65.29 | $33.58 | $3,800.00 |
| Ledrew Street, New Waterford | 15470578 | 10/26/2002 | $350.00 | $6,200.00 | $117.42 | $0.00 | $6,200.00 |
| Railway Street Ref 220, Glace Bay | 15386741 | 10/26/2002 | $600.00 | $6,500.00 | $130.99 | $67.38 | $7,500.00 |
| Rear Woodward Street, Glace Bay | 15099732 | 10/26/2002 | $600.00 | $4,000.00 | $80.60 | $41.46 | $4,000.00 |
| Off Sydney-Glace Bay Highway | 15529035 | 10/26/2002 | $3,200.00 | $15,000.00 | $205.95 | $0.00 | $11,300.00 |
| Lot 16-A Oceanview Redev Group Sub-Div | 15627185 | 10/26/2002 | $350.00 | $4,000.00 | $75.76 | $38.97 | $4,000.00 |
| Barrington Street, Sydney Mines | 15499403 | 10/26/2002 | $350.00 | $2,000.00 | $36.10 | $18.43 | $2,000.00 |
| Yorke Street Lot 64, Sydney Mines | 15506637 | 10/26/2002 | $800.00 | $10,500.00 | $189.53 | $97.48 | $6,200.00 |
| Yorke Street Lot 63, Sydney Mines | 15506629 | 10/26/2002 | $900.00 | $10,500.00 | $189.53 | $97.48 | $6,200.00 |
| MacDonald Crescent Lot #492 | 15670664 | 10/26/2002 | $350.00 | $7,000.00 | $126.35 | $64.99 | $7,000.00 |

| | Purchase | Assessed | Taxes | Balance | Taxable Market |
|---|---|---|---|---|---|
| **Totals** | **$15,114.92** | **$285,400.00** | **$4,809.45** | **$2,882.97** | **$257,300.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Brenda St. Ext. Lot 94, Glace Bay | 15062961 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |
| Brenda St. Lot 94A, Glace Bay | 15132772 | | | $6,500.00 | $100.17 | $105.38 | $7,500.00 |

PROPERTIES PURCHASED INDIVIDUALLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 Beacon Street, North Sydney | 15020308 | 8/15/02 | $2,209.59 | $19,100.00 | $397.30 | $(198.00) | $5,000.00 |
| Lot 63 North Street, Glace Bay | 15393747 | 10/26/02 | $350.00 | $4,000.00 | $80.60 | $84.76 | $2,000.00 |
| Barrington Street, Sydney Mines | 15499254 | 10/26/02 | $350.00 | $10,500.00 | $189.53 | $(85.74) | $5,500.00 |
| Barrington Street, Sydney Mines | 15499247 | 10/26/02 | $800.00 | $10,500.00 | $189.53 | $(85.74) | $5,500.00 |
| O'Tooles Lane, Sydney Mines | 15336514 | 10/26/02 | $500.00 | $5,000.00 | $90.25 | $46.42 | $5,000.00 |
| 158 York Street, Sydney | 15057086 | 10/26/02 | $350.00 | $9,000.00 | $196.83 | $101.24 | $9,000.00 |
| Wallace Street, Louisbourg | 15460181 | 10/26/02 | $350.00 | $1,800.00 | $31.43 | $16.04 | $1,800.00 |
| R. Hinchey Avenue, New Waterford | 15470032 | 10/26/02 | $800.00 | $3,800.00 | $65.28 | $33.58 | $3,800.00 |
| Ledrew Street, New Waterford | 15470578 | 10/26/02 | $350.00 | $6,200.00 | $117.42 | $0.00 | $6,200.00 |
| Railway Street Ref 220, Glace Bay | 15386741 | 10/26/02 | $600.00 | $6,500.00 | $130.99 | $67.38 | $7,500.00 |
| Rear Woodward Street, Glace Bay | 15099732 | 10/26/02 | $600.00 | $4,000.00 | $80.60 | $41.46 | $4,000.00 |
| Off Sydney-Glace Bay Highway | 15529035 | 10/26/02 | $3,200.00 | $15,000.00 | $205.95 | $0.00 | $11,300.00 |
| Lot 16-A Oceanview Radev Group Sub-Div | 15627185 | 10/26/02 | $350.00 | $4,000.00 | $75.76 | $38.97 | $4,000.00 |
| Barrington Street, Sydney Mines | 15499403 | 10/26/02 | $350.00 | $2,000.00 | $36.10 | $18.43 | $2,000.00 |
| Yorke Street Lot 64, Sydney Mines | 15506637 | 10/26/02 | $800.00 | $10,500.00 | $189.53 | $97.48 | $6,200.00 |
| Yorke Street Lot 63, Sydney Mines | 15506629 | 10/26/02 | $900.00 | $10,500.00 | $189.53 | $97.48 | $6,200.00 |
| MacDonald Crescent Lot #492 | 15670664 | 10/26/02 | $350.00 | $7,000.00 | $126.35 | $64.99 | $7,000.00 |

| | Purchase | Assessed | Taxes | Balance | Taxable Market |
|---|---|---|---|---|---|
| Totals (Canadian) | $15,114.92 | $285,400.00 | $4,808.45 | $2,882.97 | $257,300.00 |
| Totals (U.S. Dollars)* | $12,894.49 | $243,473.81 | $4,102.93 | $2,459.45 | $219,501.79 |

* Conversion Rates as of 3/29/2006: $1.00 U.S. = $1.1722 Canadian
Source: Federal Reserve Bank H.10 Daily Release WebVersion, URL http://www.federalreserve.gov/releases/h10/Update/

43. As to liabilities, the defendant reported $61,000 card debt, and he will owe a significant amount of money to the Internal Revenue Service as a result of the instant offense. Copies of his credit card statements and a credit report reveal $72,910 credit card balances as of February 2006. Mr. Hatch offered that the million dollars from his *Survivor* earnings was spent shortly after the show. He provided a RH and Tri-Whale Transaction Detail Account for 2002, and it indicated that his disbursements for the year were $830,913.86.