**HATCH**
**SUMMARY OF MICHIGAN PROPERTIES**

| PARCEL # | DATE PURCHASED | AMOUNT PAID | DESCRP | NOTES |
|---|---|---|---|---|
| 1 | 10/15/2002 | $2,250.00 | 335 Blue Star Hghway | Sold 5/23/2003 for $5,000 |
| 2 | 10/15/2002 | $8,500 | Lot 70 Martha Vineyard | Current Assessment $18,600<br>Delinquent Taxes $1,308.04 |
| 3 | 10/15/2002 | $3,600.00 | Ex Center St | Current Assessment $3,800<br>Delinquent Taxes $337.24 |
| 4 | 10/15/2002 | $ 700.00 | Oakwood Sub | Current Assessment $5,600<br>Delinquent Taxes $517.16 |
| 5 | 10/15/2002 | $4,355.42 | RR 6A | Current Assessment $38,200<br>Delinquent Taxes $4,850 |
| 6 | 10/15/2002 | $6,081.08 | Unplatted Village of Covert | Current Assessment $21,600<br>Delinquent Taxes $2,828.09 |
| 7 | 10/15/2002 | $2,600.00 | Rogers Addition | Current Assessment $2,700<br>Delinquent Taxes $404.42 |
| 8 | 10/15/2002 | $ 600.00 | Little Bear Lake Park | Current Asssessment $800<br>Delinquent Taxes 254.18 |

Exhibit B

## HATCH
## SUMMARY OF MICHIGAN PROPERTIES

| PARCEL # | DATE PURCHASED | AMOUNT PAID | DESCRP | NOTES |
|---|---|---|---|---|
| 9 | 10/15/2002 | $ 442.52 | Saddle Lake Sub | Current Assessment $800<br>Delinquent Taxes $254.18 |
| 10 | 10/15/2002 | $ 567.14 | Unplatted Village of Covert | Current Assessment $4,800<br>Delinquent Taxes $933.36 |
| **TOTALS*** | | **$27,446** | **Amount Paid** | **$96,900.00 Current Assessment** |

*** Does not include the 1st property that was sold in 2003**