**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves to continue the date of sentencing by a period of six weeks. As grounds, counsel for Mr. Hatch avers that additional time is necessary to properly respond to the government's motion and memorandum requesting a two level adjustment for obstruction of justice. The government's memorandum is twenty-four pages in length and was received by counsel on April 5, 2006. In addition, counsel for Mr. Hatch requests this additional time period to supplement its memorandum of law objecting to the tax loss calculation with a summary of all proper deductions and the supporting documentation.

Respectfully submitted,
Richard Hatch
By his attorney,

John E. MacDonald, 5368
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 4-12-06 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.