UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                              CR No. 05-98-T

RICHARD HATCH

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant's motion to continue sentencing is hereby GRANTED, in part, as follows:

1. Sentencing is rescheduled to May 16, 2006, at 10:00 a.m. in order to afford the defendant an opportunity to file response to the government's motion requesting a two-level adjustment for obstruction of justice and in order to afford the government an opportunity to file a memorandum in opposition to the defendant's objection to the tax loss calculation previously filed. The memoranda of both parties shall be filed no later than May 9, 2006.

2. Since the time for objecting or filing motions has passed, no further memoranda, supplemental memoranda or motions shall be filed.

3. No further continuances of the sentencing date shall be granted.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: April 19, 2006