**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its undersigned attorneys, respectfully submits this Response to Defendant's Motion to Continue Sentencing. The government submits that it has no objection to the defendant's Motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2006, a copy of the within Government's Response, was mailed by overnight mail, postage prepaid, to the following:

John MacDonald, Esq.
One Turks Head Plaza
Suite 1440
Providence, R.I. 02903

Michael Minns, Esq.
9119 South Gessner
Suite One
Houston, TX 77074