**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**DEFENDANT'S REQUEST TO CALL WITNESSES AT SENTENCING HEARING**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby requests permission to call the following witnesses at the sentencing hearing on May 16, 2006 in support of the Defendant's Objection to Tax Calculation:

Daniel Urso, CPA. Mr. Urso would testify as to the tax computation regarding Mr. Hatch's federal tax returns for the years 2000 and 2001. Mr. Urso would testify that the combined tax due and owing for Mr. Hatch's federal 2000 and 2001 returns is $381,906.

Mark Higgins, CPA. Mr. Higgins would testify that under Malaysian law, Survivor Entertainment Group (hereinafter SEG) was required to withhold 15 percent of the $1,000,000 Survivor Grand Prize awarded to Mr. Hatch to the Malaysian government.

Respectfully submitted,
Richard Hatch
By his attorneys,

Michael Louis Minns, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

Enid Williams, Esq.
Michael Louis Minns, P.L.C.
9119 South Gessner, Suite One
Houston, TX 77074
(713) 777-0772
(713)-777-0453 (FAX)

John E. MacDonald, Esq.
Larochelle & MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 5-12-06 a true copy of this document was delivered to A.U.S.A. Andrew Reich and A.U.S.A. Lee Vilker, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.