**UNITED STATES DISTRICT COUT FOR**
**THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RICHARD HATCH** | § | **CR. NO. 05-98T** |
| | § | |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Richard Hatch, the defendant, appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentence of the District Court for the District of Rhode Island, entered in this case on May 16, 2006.

The party to the judgment appealed from and the names and addresses of his attorney is as follows:

Dated: MAY 16, 2006

Signed: [signature]

Michael Louis Minns
Michael Louis Minns PLC
9119 South Gessner, Suite One
Houston, Texas 77074
(713) 777-0772
(713) 777-0453 (FAX)

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Notice of Appeal was served upon Lee H. Vilker, AUSA, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, by hand delivery on this 16th day of May, 2006.

Michael Louis Minns