**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-98T** |
| | : | |
| **RICHARD HATCH** | : | |

**ASSENTED TO MOTION TO RELEASE LIEN**

Now comes the defendant, Richard Hatch, by and through counsel, and hereby moves for the release of the lien on 11 Lowndes Street, Newport for the $50,000 secured bond previously posted in this matter.

Respectfully submitted,
Richard Hatch
By his attorneys,

John E. MacDonald, 5368
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 5-16-06 a true copy of this document was delivered to A.U.S.A.Andrew Reich, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903 and Kristin Ann Mattias, United States Probation, 36 Exchange Terrace, Providence, RI 02903.