**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR 05-98T |
| | : | |
| RICHARD HATCH | : | |

**<u>MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT</u>**

The United States of America, by and through its undersigned attorneys, respectfully submits this Motion to Correct Clerical Error in Judgment pursuant to Fed. R. Crim. P. 36. In support of this Motion, the government states as follows:

The first page of the Judgment describes the Nature of the Offense for Counts I and II (26 U.S.C. § 7201) as "Filing False Income Tax Return." § 7201 is entitled "Attempts to Evade or Defeat Tax," also commonly known as tax evasion. This offense is to be contrasted with § 7206(1) (Count III) which is correctly described in the Judgment as Filing a False Tax Return.

For the foregoing reason, the government request this Court to correct the clerical error in

the Judgment to describe the Nature of Offense for Counts I and II as Tax Evasion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

In hereby certify that on the 9th day of June, 2006, a copy of the within Government's Motion, was mailed by regular mail, postage prepaid, to the following:

John MacDonald, Esq.
One Turks Head Plaza
Suite 1440
Providence, R.I. 02903

Michael Minns, Esq.
9119 South Gessner
Suite One
Houston, TX 77074

L. Karen M. Steele