**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v. Cr. No. 05-98T

RICHARD HATCH

**ORDER GRANTING MOTION TO CORRECT JUDGMENT**

The United States' motion to correct judgment is hereby GRANTED, in the absence of objection. The Clerk shall amend the Judgment to describe the nature of the offenses charged in Counts I and II as "Attempting to Evade or Defeat Tax" and the nature of the offense charged in Count III as "Signing a False Tax Return."

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres
Chief Judge

Date: June 30, 2006