UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 31, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. RICHARD HATCH***
***USDC CR05-98T*** ***COA 06-1902***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ________________
Lucia Cristina Leyva
DEPUTY CLERK

encl. Doc. #55 - Transcript of Proceedings (Jury Trial) as to Richard Hatch held 1/12/06 - 1/13/06, 1/17/06 -1/20/06, 1/23/06 - 1/25/06 before Judge Ernest C. Torres. Nine volumes in total. V1:1/12/06, V2:1/13/06, V3:1/17/06, V4:1/18/06, V5:1/19/06, V6:1/20/06, V7:1/23/06, V8:1/24/06, V9:1/25/06;

Doc. #69 - Transcript of Proceedings (Sentencing) as to Richard Hatch held on May 16, 2006 before Judge Ernest C. Torres.

Doc. #73 - Transcript of Proceedings (Jury Impanelment) as to Richard Hatch held January 10, 2006 - January 12, 2006 before Judge Ernest C. Torres.

Certified Copy of Docket