UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

November 6, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. RICHARD HATCH***
***USDC CR05-98t*** ***COA 06-1902***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ____________________
Lucia Cristina Leyva
DEPUTY CLERK

encl. Document #86 - Transcript of in Chambers Teleconference held 10/26/05 before Judge Ernest C. Torres; Document #87 - Transcript of in Chambers Teleconference held 11/16/05 before Judge Ernest C. Torres; Doc. #88- Transcript of Hearing on Government's Motion in Limine held 1/4/06 before Judge Ernest C. Torres; Cert. Copy of Docket.