**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 05-098T |
| | ) | |
| RICHARD HATCH | ) | |

**GOVERNMENT'S MOTION TO**
**TRANSMIT EXHIBITS TO COURT OF APPEALS**

For the reasons stated in the accompanying memorandum of law, the government moves this Court to transmit the following trial exhibits to the First Circuit: Exhibits 1, 7, 12, 135A, 137, and 317.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 5th day of January, 2007, I electronically filed and caused to be served by Federal Express overnight delivery a copy of the within Government's Motion To Transmit Exhibits to Court of Appeals on:

Michael Louis Minns, Esquire
Enid M. Williams, Esquire
Law Office of Michael Louis Minns, P.L.C.
9119 South Gessner Drive
Houston, TX 77074

and caused to be served by electronic notification on:

John E. MacDonald, Esquire
Larochelle & MacDonald
1440 Turks Head Place
Providence, RI 02903
jm@aggressivelegalservices.com

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 05-098T |
| | ) | |
| RICHARD HATCH | ) | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION TO TRANSMIT EXHIBITS TO COURT OF APPEALS**

In the pending appeal of this case, defendant Richard Hatch has filed an appendix to his brief which contains certain documents described as trial exhibits. Several of these documents vary from the original exhibits, namely: Exhibits 1, 7, 12, 137, and 317.

Also, in his appellate brief, Hatch accuses the government of misconduct in connection with Exhibit 135A, based in part on claims concerning the physical attributes of that exhibit, which contains a small square of paper stapled to a larger sheet of paper.

It is doubtful that any of the appellate issues will hinge on an inspection of the original exhibits. Still, out of an abundance of caution, the government moves this Court pursuant to Fed. R. App. P. 10(e), to transmit the following trial exhibits to the

First Circuit: Exhibits 1, 7, 12, 135A, 137, and 317.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that on this 5th day of January, 2007, I electronically filed and caused to be served by Federal Express overnight delivery a copy of the within Government's Memorandum in Support of Motion To Transmit Exhibits to Court of Appeals on:

Michael Louis Minns, Esquire
Enid M. Williams, Esquire
Law Office of Michael Louis Minns, P.L.C.
9119 South Gessner Drive
Houston, TX 77074

and caused to be served by electronic notification on:

John E. MacDonald, Esquire
Larochelle & MacDonald
1440 Turks Head Place
Providence, RI 02903
jm@aggressivelegalservices.com

/s/ Donald C. Lockhart

DONALD C. LOCKHART
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
donald.lockhart2@usdoj.gov