UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

February 6, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. RICHARD HATCH***
***USDC CR05-98T*** ***USCA: 06-1902***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

encl. Doc. #91 - Government's Motion to Transmit Exhibits to Court of Appeals; 1/23/07 TEXT ORDER of Judge Ernest C. Torres granting Government's Motion to Transmit Exhibits; TRIAL EXHIBITS: Gov. Ex. 1- 2000 Filed Individual Return; Gov. Ex. 7 - 2001 Filed Tri-Whale Return; Gov. Ex. 12 - 1099 Issued by SEG; Gov. Ex. 135A - Original of Exhibit 135: Chart entitled "W-2 Wages Commissions & Fees 2000"; Gov. Ex. 137 - Letter from IRS dated 7/15/02; Gov. Ex. 317 - Chart entitled "Adjustments to Hatch's 2000 & 2001 Individual Income Tax Returns Based Only on the Survivor and Entercom Income"; Certified Copy of Docket.

G Rhodes 06-1902 92
2/9/07