05-98
USDC/R.I.
Torres, E.

# United States Court of Appeals
## For the First Circuit

---

No. 06-1902

UNITED STATES,

Appellee,

v.

RICHARD HATCH,

Defendant, Appellant.

---

**JUDGMENT**

Entered: February 1, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The convictions and sentence of Richard Hatch are affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 3/6/08

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Minns, Ms. Williams, & Mr. Lockhart.]