UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

Vs. Case No. CR05-98T

RICHARD HATCH
Defendant.

**EXHIBIT RECEIPT**

**Plaintiff's** Jury Trial Exhibit(s)- 1-3, 5, 7, 9-12, 15-19, 22-23, 25-40, 44-46, 51-57, 59-60, 61a, 62-65, 67-69, 71, 72, 74-86, 88-103, 104a, 104b, 104c, 105, 106b, 108, 109, 111-114, 117-125, 127, 132, 134, 135, 135a, 137, 142, 152, 154, 162, 171, 181-196, 197a-197z8, 198, 206-227, 238a, 239, 240, 243, 244, 246-249, 251, 252, 254-261, 263, 265, 267-269, 272, 273, 277, 280, 281, 287, 289, 293-295, 296-307 (photos), 308-312 (posters), 313-315, 317, 318, 321-323

319-320 (not entered at trial)

David A. DiMarzio, Clerk

Signature of ~~Attorney~~ Agent
Date: May 2, 2008

Rana Smith
Deputy Clerk