UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

Vs. Case No. CR05-98T

RICHARD HATCH
Defendant.

**EXHIBIT RECEIPT**

**Defendant's** Jury Trial Exhibit(s)- B, C, Q, S, W, X, BB, CC, DD, EE, HH, II, MM, OO, PP, UU, AAA, BBB, CCC, DDD, EEE, GGG, HHH, and FFF (not entered at trial)

David A. DiMarzio, Clerk

Signature of Attorney
Date: 6/4/08

Deputy Clerk