UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD HATCH,
Petitioner

v.                                                      CR: 05-98S

UNITED STATES OF AMERICA,
Respondent

### ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" on or before April 30th, 2009.

Entered as an Order of this Court:

_____
DEPUTY CLERK

ENTER:

_____
William E. Smith
U.S. District Judge

DATE: 3/31/09