IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **CR No. 05-98T** |
| : | **Honorable William E. Smith** |
| : | |
| **RICHARD HATCH** : | |

### PETITIONER'S REQUEST FOR JUDICIAL NOTICE OF PETITION FOR WRIT OF HABEAS CORPUS FILED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Petitioner Richard Hatch (here also "Petitioner" or "Hatch") respectfully requests this Court to take judicial notice of the Petition for Writ of Habeas Corpus filed on his behalf in the United States District Court for the District of Massachusetts on September 9, 2009, by the American Civil Liberties Union. A copy of the Petition is attached hereto as Exhibit "A."

As explained more fully in the Petition, Hatch has been wrongly incarcerated in violation of his First Amendment rights by the United States Bureau of Prisons acting through the Barnstable County Sheriff's Office. Though previously serving the final days of his sentence on home confinement, Petitioner is now in solitary confinement in a maximum security jail, the Barnstable County Correctional Facility. If this Court were to grant Petitioner's pending motion to vacate sentence, or otherwise modify the sentence, Hatch's release from this maximum security facility would be expedited. Alternately, Petitioner requests that this Court take notice of this wrongful incarceration as any new trial, evidentiary hearing, or time to review jury questionnaires as may be ordered would also need to take into account Hatch's current circumstances.

2

        Respectfully submitted,

        */s/ Richard Hatch*
        Richard Hatch, in *pro se*
        Barnstable County Correctional Facility
        6000 Sheriff's Place
        Bourne, MA 02542-134423
        Ph. #: (401) 846-3653
        hrznbound@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16TH day of September, 2009, I mailed the original and two copies of the within Petitioner's Request for Judicial Notice of Petition for Writ of Habeas Corpus filed in the United States District Court for the District of Massachusetts by first class mail, postage prepaid to the United States District Court for the District of Rhode Island.

*Richard Hatch*

Richard H. Hatch Jr.
Barnstable County Correctional Facility
6000 Sheriff's Place
Bourne, MA 02542-134423
Ph. #: (401) 846-3653
hrznbound@aol.com