BP-A288.052
SEP 05

**INCIDENT REPORT** CDFRM

U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

## Part I – Incident Report

1. Institution: Barnstable EM

| 2. Inmate's Name | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| HATCH, Richard | 05559-070 | 08/19/2009 | 11:15 am |

| 6. Place of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| 23 Annandale Road, Newport, RI | Home Confinement | |

| 9. Incident | 10. Prohibited Act Code(s) |
|---|---|
| Unauthorized Contact With the Public | 327 |

11. Description Of Incident (Date: 08/19/2009  Time: 10:00 am  Staff became aware of incident)

On Wednesday, August 12, 2009, I approved an interview for Richard Hatch with Matt Zimmerman/Matt Lauer for the Today show to take place on Monday, August 17, 2009. On Wednesday, August 19, 2009 I became aware that Richard Hatch conducted an interview with WPRO News Talk radio in Rhode Island without obtaining permission from anyone.

Richard Hatch violated policy by participating in an unauthorized interview.

| 12. Typed Name/Signature of Reporting Employee | 13. Date And Time |
|---|---|
| Carla M. Wilson, Executive Assistant | 8/19/2009 11:30 am |

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Incident Report Delivered | 16. Time Incident Report Delivered |
|---|---|---|

## Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

18. A. It is the finding of the committee that you:
    \_\_\_ Committed the Prohibited Act as charged.
    \_\_\_ Did not Commit a Prohibited Act.
    \_\_\_ Committed Prohibited Act Code(s) _____

    B. \_\_\_ The Committee is referring the Charge(s) to the DHO for further Hearing.
    C. \_\_\_ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)    Member (Typed Name)    Member (Typed Name)

Original - Central File Record; Yellow - DHO; Blue - Inmate After UDC Action;
Pink - Inmate within 24 Hours Of Part I Preparation

(This form May Be Replicated Via WP)                                    Replaces BP-S288.052 of MAY 94

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By _____ At (Date/time) _____

24. Inmate statement and attitude

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

26. Investigator's comments and conclusions

27. Action taken

Date and Time Investigation Completed _____

Printed Name/Signature Of Investigator _____ Title _____

BP-A288.052
SEP 05
**U.S. DEPARTMENT OF JUSTICE**

**INCIDENT REPORT**   CDFRM

**FEDERAL BUREAU OF PRISONS**

---

### Part I - Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: Barnstable EM | | | |
| 2. Inmate's Name<br>HATCH, Richard | 3. Register Number<br>05559-070 | 4. Date of Incident<br>08/17/2009 | 5. Time<br>3:00 pm |
| 6. Place of Incident<br>23 Annandale Road, Newport, RI | 7. Assignment<br>Home Confinement | 8. Unit | |
| 9. Incident<br>Unauthorized Contact With the Public | | 10. Prohibited Act Code(s)<br>327 | |

11. Description Of Incident (Date: 08/17/2009  Time: 3:00 pm   Staff became aware of incident)

On Wednesday, August 12, 2009, I approved an interview for Richard Hatch with Matt Zimmerman/Matt Lauer for the Today show to take place on Monday, August 17, 2009. On Tuesday, August 18, 2009, I became aware that Richard Hatch conducted interviews with Brian Crandall, NBC Channel 10 (local NBC affiliate in Rhode Island) and Access Hollywood which is another NBC News affiliate. I was unaware of either of the additional interviews, nor was a request made for such interviews. Richard Hatch violated policy by participating in unauthorized interviews.

| 12. Typed Name/Signature of Reporting Employee<br>Carla M. Wilson, Executive Assistant | 13. Date And Time<br>8/18/2009 1:00 pm |
|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) | 15. Date Incident Report Delivered / 16. Time Incident Report Delivered |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

_____

18. A. It is the finding of the committee that you:
  ___ Committed the Prohibited Act as charged.
  ___ Did not Commit a Prohibited Act.
  ___ Committed Prohibited Act Code(s) _____

B. ___ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ___ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

_____

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act.)

_____

21. Date And Time Of Action _____   (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)   Member (Typed Name)   Member (Typed Name)

Original - Central File Record; Yellow - DHO; Blue - Inmate After UDC Action;
Pink - Inmate within 24 Hours Of Part I Preparation

(This Form May Be Replicated Via WP)   Replaces BP-S288.052 of MAY 94

| Part III - Investigation | 22. Date And Time Investigation Began |
|---|---|

23. Inmate Advised Of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By _____ At (Date/time) _____

24. Inmate statement and attitude

_____
_____
_____
_____
_____
_____
_____
_____

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

_____
_____
_____
_____
_____
_____
_____
_____
_____

26. Investigator's comments and conclusions

_____
_____
_____
_____
_____
_____

27. Action taken

_____
_____
_____

Date and Time Investigation Completed _____

Printed Name/Signature Of Investigator _____ Title _____