UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | CR. No. 05-98 S |
| ) | |
| Richard Hatch, ) | |
| ) | |

ORDER

Before the Court is Petitioner's motion to allow him to have access to his passport so that he may accept a work opportunity from a U.S. corporation that would require him to be out of the country for approximately seven weeks. Petitioner requests he be allowed to travel to Malaysia, and claims that his trip would enable him to expedite the "resolution of the outstanding foreign tax issues in this case." The Government strongly objects to the Petitioner's request. Given the fact that Mr. Hatch is currently not in compliance with the Judgment in this case in that he has not filed his tax returns for the years 2000 and 2001, both individually and for Tri-Whale Enterprises, Inc., and paid all taxes due and owing for those years, granting Mr. Hatch the extraordinary relief requested would be inappropriate. Therefore Petitioner's request is DENIED.

If Mr. Hatch were to be in full compliance with the Judgment, then he would be in a better position to request and

possibly to obtain the extraordinary privilege that he requests in this motion.  Moreover, Mr. Hatch may wish to consider coming in to full compliance with the Judgment, or reaching a specific agreement to do so within a short period of time, after which, if he is successful at complying with the Judgment, he might be in a position to ask for early termination of his supervised release.  In such an event, Mr. Hatch would be free to travel to Malaysia or anywhere else that he cares to go.

IT IS SO ORDERED.


*/s/ William E. Smith*
William E. Smith
United States District Judge
Date:  April 9, 2010