<u>UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND</u>

UNITED STATES OF AMERICA        :

VS.                             :        CR. No.  1:05-98-S

RICHARD HATCH                   :

<u>MOTION TO CONTINUE</u>

    Now comes the defendant, Richard Hatch, and through counsel, hereby moves this Honorable Court to continue the preliminary revocation hearing in this matter for an additional thirty (30) days. In support of this motion defense counsel states that she is presently on trial in the matter of <u>United States vs. Elio Figueroa, et al Cr. No. 08-141 S 3</u> before United States District Judge William Smith. The trial is expected to continue through the week of December 13, 2010.

    The government, through AUSA Andrew Reich, indicates it has no objection to the granting of this request.

    Respectfully submitted
RICHARD HATCH
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

    I hereby certify that I electronically filed and served a copy of the within on AUSA Zechariah Chafee on the 6th day of December 2010.

/s/ Mary S. McElroy